IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBREY WALKER, suing by her niece and next friend, TAMMY KADAR,  :  :  : | |
| Plaintiff,  : | CIVIL ACTION NO. |
| vs.  :  : | 1:14-CV-01648-LMM |
| CITY OF COVINGTON, GEORGIA,  :  : | |
| Defendant.  :  : | |

## **NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.1(E), the undersigned counsel of record, Andrew Y. Coffman, hereby notifies the Court and all parties of his withdrawal as Plaintiff's counsel of record, consented to by Plaintiff, as shown below.

Henceforth, notice may be served upon Plaintiff as follows:

c/o Tammy Kardar
130 Canyon Lake Ct.
Atlanta, Georgia 30349
(404) 797-6264

                                               */s/ Andrew Y. Coffman*
                                               Andrew Y. Coffman
                                               Georgia Bar No. 173115

PARKS, CHESIN & WALBERT, PC
75 14th Street, 26th Floor
Atlanta, Georgia 30309
(404) 873-8000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEBREY WALKER, suing by her niece
and next friend, TAMMY KARDAR,

    Plaintiff,

vs.

CITY OF COVINGTON, GEORGIA,

    Defendant.

CIVIL ACTION NO.

1:14-CV-01648-LMM

## CERTIFICATE OF CONSENT

I hereby consent to the withdrawal of Andrew Y. Coffman and the law firm of Parks, Chesin & Walbert, P.C. as my counsel of record in this action. I affirm that I am authorized to execute this certificate on behalf of my aunt, Debrey Walker, a disabled person, under the authority of a power of attorney granted to me for this and other purposes.

_____
Debrey Walker
By: Tammy Kardar, POA
130 Canyon Lake Ct.
Atlanta, Georgia 30349
(404) 797-6264

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 9, 2015, this ***NOTICE OF WITHDRAWAL*** is filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record. Counsel also mails notice of this filing upon the Plaintiff as follows:

c/o Tammy Kardar<br>
130 Canyon Lake Ct.<br>
Atlanta, Georgia 30349

                                        */s/ Andrew Y. Coffman*
                                        Andrew Y. Coffman